UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Nancy Carlson
                              Plaintiff,
v.                                              Case No.: 1:12–cv–07810
                                                Honorable Rebecca R. Pallmeyer
M/I Homes of Chicago, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 15, 2013:

     MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing held on 7/15/1013. Plaintiff's motion to compel [35] is granted in part and denied in part. Further production, as ordered by the court, including production of documents with fewer redactions, to be made within 21 days. Status hearing set for 9/24/2013 at 9:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.